Form 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMERICAN SHRIMP PROCESSORS ASSOCIATION,<br><br>               *Plaintiff,*<br><br>   v.<br><br>UNITED STATES,<br><br>               *Defendant.* | SUMMONS<br>Case No. 25-00026 |

**TO:**   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                     **/s/ Mario Toscano**
                                                     Clerk of the Court

1. **Name and Standing of Plaintiff**

   Plaintiff in this action is the American Shrimp Processors Association ("ASPA" or "Plaintiff"). Plaintiff is a trade association, a majority of whose members produce the domestic like product, frozen warmwater shrimp, in the United States, and it is thus an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(E). Plaintiff was the petitioner and an active participant in the investigation before the U.S. Department of Commerce ("Commerce") that resulted in the final determination being challenged in this action. Plaintiff therefore has standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as an interested party that was a party to the proceeding identified below.

2. **Brief Description of Contested Determination**

   Plaintiff contests certain findings of fact and conclusions of law made by Commerce in the published final determination of the countervailing duty investigation on frozen warmwater shrimp from Ecuador. *See Frozen Warmwater Shrimp From Ecuador: Final Affirmative Countervailing Duty Determination*, 89 Fed. Reg. 85,506 (Dep't Commerce Oct. 28, 2024). This determination is being contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(II) and 1516a(a)(2)(B)(i) and 28 U.S.C. § 1581(c).

**Form 3-2**

3. **Date of Determination**

The contested final determination was issued on October 21, 2024.

4. **Date of Publication in Federal Register of Notice of Contested Determination**

The contested final determination was published in the Federal Register on October 28, 2024. *See Frozen Warmwater Shrimp From Ecuador: Final Affirmative Countervailing Duty Determination*, 89 Fed. Reg. 85,506 (Dep't Commerce Oct. 28, 2024). The countervailing duty order based on the final determination was published in the Federal Register on December 26, 2024. *See Frozen Warmwater Shrimp From Indonesia: Antidumping Duty Order; Frozen Warmwater Shrimp From Ecuador, India, and the Socialist Republic of Vietnam: Countervailing Duty Orders*, 89 Fed. Reg. 104,982 (Dep't Commerce Dec. 26, 2024).

Respectfully submitted,

/s/ Roger B. Schagrin

Roger B. Schagrin
Elizabeth J. Drake
SCHAGRIN ASSOCIATES
900 Seventh Street, N.W., Suite 500
Washington, DC 20001
(202) 223-1700
*Counsel to the American Shrimp Processors Association*

Dated: January 23, 2025

FORM 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

| | |
|---|---|
| Attorney-in-Charge<br>International Trade Field Office<br>Commercial Litigation Branch<br>U.S. DEPARTMENT OF JUSTICE<br>Room 346<br>26 Federal Plaza<br>New York, N.Y. 10278 | Robert Heilferty, Chief Counsel<br>Office of the Chief Counsel for Trade<br>Enforcement & Compliance<br>U.S. DEPARTMENT OF COMMERCE<br>14th Street and Constitution Ave., N.W.<br>Room 3622<br>Washington, D.C. 20230 |
| Supervising Attorney<br>Civil Division<br>Commercial Litigation Branch<br>U.S. DEPARTMENT OF JUSTICE<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044 | Leslie B. Kiernan, General Counsel<br>U.S. DEPARTMENT OF COMMERCE<br>14th Street & Constitution Avenue, N.W.<br>Washington, DC 20230 |