UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| INDUSTRIAL PESQUERA SANTA PRISCILA S.A., and SOCIEDAD NACIONAL DE GALÁPAGOS C.A., | : : : : | |
| Plaintiffs, | : : | Court No. 25-00025 |
| v. | : : | Before: Richard K. Eaton, Judge |
| UNITED STATES, | : : | |
| Defendant, | : : | |
| and | : : | |
| AD HOC SHRIMP TRADE ACTION COMMITTEE, and AMERICAN SHRIMP PROCESSORS ASSOCIATION, | : : : : | |
| Defendant-Intervenors. | : : | |

**ORDER**

Upon consideration of Defendant's consent motion to consolidate cases, ECF No. 28, it is

hereby

**ORDERED** that Defendant's consent motion is granted; and it is further

**ORDERED** that *Industrial Pesquera Santa Priscila S.A. v. United States*, Court No.

25-00025, and *American Shrimp Processors Association v. United States*, Court No. 25-00026,

are consolidated under the lead case, i.e., *Industrial Pesquera Santa Priscila S.A. v. United States*,

Consol. Court No. 25-00025.

                                                          /s/ Richard K. Eaton
                                                                    Judge

Dated:        April 10, 2025
              New York, New York